JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

AMAN KUMAR,
Petitioner,
v.
MARKWAYNE MULLIN, et al.,
Respondents.

Case No. 5:26-cv-4882-SK

**JUDGMENT**

Pursuant to the Order Conditionally Granting Petition in Part, IT IS ADJUDGED that Petitioner **Aman Kumar (A# 246-611-329)** is to be released from custody within 14 days of that Order, unless he is provided a *Rodriguez* bond hearing with at least 7 days' written notice of the hearing date. *See Rodriguez v. Holder*, No. CV 07-03239-TJH-RNBx, 2013 WL 5229795, at *2-3 (C.D. Cal. Aug. 6, 2013).

The Court Clerk is directed to close the case.

DATED: September 3, 2026

STEVE KIM
United States Magistrate Judge